In the Matter of BERTRAM L. TAYLOR, Respondent, against BOARD OF EDUCATION OF THE CITY OF NEW ROCHELLE, Appellant.

Submitted November 26, 1945; decided December 6, 1945.

*Aaron Simmons, Corporation Counsel (John A. Bodmer* of counsel), for motion.

*A. Mark Levien* opposed.

Motion denied, with $10 costs and necessary printing disbursements upon the ground that an appeal lies as of right.